PD-1083&1084&1085-15

PD-1083&1084&1085-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/19/2015 3:05:45 PM
Accepted 8/20/2015 1:24:56 PM
ABEL ACOSTA
CLERK

Nos. _____

# IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

TADARRIAN ANTWOINE JOHNSON,
Petitioner–Appellant

v.

THE STATE OF TEXAS,
Respondent–Appellee

*Petition for Discretionary Review*
*from the Fifth District Court of Appeals at Dallas*
*Cause Nos.* 05-14-00791-CR, 05-14-00792-CR, and 05-14-00793-CR

*Appeal from the 204th Judicial District Court*
*of Dallas County, Texas*
*Cause Nos.* F13-59105-Q, F13-59106-Q, and F13-59536-Q

MOTION FOR EXTENSION OF TIME
TO FILE A PETITION FOR DISCRETIONARY REVIEW

**Tadarrian Antwoine Johnson,** Appellant below, respectfully submits this Motion for an Extension of Time to File a Petition for Discretionary Review in the above–styled and numbered causes. In support of this Motion, he shows this Honorable Court the following:

FILED IN
COURT OF CRIMINAL APPEALS

August 20, 2015

ABEL ACOSTA, CLERK

**I.**

Appellant entered an open plea of guilty to burglary of a building, aggravated assault of a public servant, and evading arrest. The trial court found Appellant guilty of all three charges. The trial court sentenced him to ten months' imprisonment in the burglary of a building and evading arrest cases and ten years' imprisonment in the aggravated assault case.

**II.**

The Court of Appeals affirmed the trial court's judgments in a memorandum opinion and judgment filed on July 31, 2015. *Johnson v. State*, Nos. 05-14-00791-CR, 05-14-00792-CR, and 05-14-00791-CR, 2015 Tex. App. LEXIS 8110 (Tex. App.—Dallas July 31, 2015) (mem. op., not designated for publication). Appellant did not file a motion for rehearing. Appellant's petition for discretionary review is due on or before August 30, 2015. *See* TEX. R. APP. P. 68.2(a); *see also* TEX. R. APP. P. 4.1(a). Any motion for extension of time to file a petition for discretionary review is due on or before September 14, 2015. *See* TEX. R. APP. P. 68.2(c); TEX. R. APP. P. 4.1(a).

**III.**

The facts relied upon to show good cause for this requested extension are as follows:

1. Appellant was represented by court appointed counsel during appeal of

this case to the Court of Appeals.

2. It is undetermined at this time whether Appellant will proceed pro se for purposes of filing a Petition for Discretionary Review. Additional time is needed for consultation between appellate counsel and Appellant on this issue.

3. If Appellant proceeds pro se, then additional time will be needed to prepare and file the Petition pro se or to seek other legal assistance in filing the Petition.

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests that this Honorable Court extend the time for filing a Petition for Discretionary Review for sixty days.

Respectfully submitted,

**Lynn Richardson**
**Chief Public Defender**
**Dallas County**

**Katherine A. Drew**
**Chief, Appellate Division**
Dallas County Public Defender's Office

/s/ *Julie Woods*
**Julie Woods**
**Assistant Public Defender**
Dallas County Public Defender's Office
State Bar Number: 24046173
133 N. Riverfront Blvd., LB 2
Dallas, Texas 75207
(214) 653-3550 *(telephone)*
(214) 653-3539 *(fax)*
Julie.Woods@dallascounty.org

Attorneys for Petitioner

3

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion for Extension of Time to File a Petition For Discretionary Review was served on the Dallas County District Attorney's Office, Appellate Division, 133 N. Riverfront Blvd., LB-19, 10th Floor, Dallas, Texas 75207, by eServe on August 19, 2015.

I further certify that a true copy of the foregoing Motion for Extension of Time to File a Petition For Discretionary Review was served on Lisa C. McMinn, the State's Prosecuting Attorney, P.O. Box 13046, Capitol Station, Austin, Texas 78711, by eServe on August 19, 2015.

/s/ *Julie Woods*
**Julie Woods**